ACCEPTED
01-15-00989-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 4:46:58 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00989-CV |
| Appellate Case Style: | Arnold & Itkin, L.L.P., et al. |
| Vs. | Maria Santos Lopez Dominguez, et al. |
| Companion Case No.: | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

Amended/corrected statement:

**DOCKETING STATEMENT (Civil)**

11/24/2015 4:46:58 PM

CHRISTOPHER A. PRINE
Clerk

Appellate Court: 1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization  (choose one) | ☒ Lead Attorney |
| Organization Name: Beck Redden LLP | First Name: Reagan |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: Simpson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Yetter Coleman LLP |
| Pro Se: ◯ | Address 1: 909 Fannin, Suite 3600 |
| | Address 2: |
| | City: Houston |
| | State: Texas   Zip+4: 77010 |
| | Telephone: 713-632-8000   ext. |
| | Fax: 713-632-8002 |
| | Email: rsimpson@yettercoleman.com |
| | SBN: 18404700 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☒ Person  ☐ Organization  (choose one) | ☒ Lead Attorney |
| Organization Name: | First Name: Reagan |
| First Name: Russell | Middle Name: W. |
| Middle Name: | Last Name: Simpson |
| Last Name: Post | Suffix: |
| Suffix: | Law Firm Name: Yetter Coleman LLP |
| Pro Se: ◯ | Address 1: 909 Fannin, Suite 3600 |
| | Address 2: |

Page 1 of 23

| | City: Houston |
| --- | --- |
| | State: Texas     Zip+4: 77010 |
| | Telephone: 713-632-8000   ext. |
| | Fax: 713-632-8002 |
| | Email: rsimpson@yettercoleman.com |
| | SBN: 18404700 |

| I. Appellant | II. Appellant Attorney(s) |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Reagan |
| First Name: Fields | Middle Name: W. |
| Middle Name: | Last Name: Simpson |
| Last Name: Alexander | Suffix: |
| Suffix: | Law Firm Name: Yetter Coleman LLP |
| Pro Se: ◯ | Address 1: 909 Fannin, Suite 3600 |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77010 |
| | Telephone: 713-632-8000   ext. |
| | Fax: 713-632-8002 |
| | Email: rsimpson@yettercoleman.com |
| | SBN: 18407400 |

| I. Appellant | II. Appellant Attorney(s) |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Reagan |
| First Name: Jas | Middle Name: W. |
| Middle Name: | Last Name: Simpson |
| Last Name: Brar | Suffix: |
| Suffix: | Law Firm Name: Yetter Coleman LLP |
| Pro Se: ◯ | Address 1: 909 Fannin, Suite 3600 |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77010 |
| | Telephone: 713-632-8000   ext. |
| | Fax: 713-632-8002 |
| | Email: rsimpson@yettercoleman.com |
| | SBN: 18404700 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one)<br><br>Organization Name: Arnold & Itkin, L.L.P.<br><br>First Name:<br><br>Middle Name:<br><br>Last Name:<br><br>Suffix:<br><br>Pro Se: ◯ | ☒ Lead Attorney<br><br>First Name: Jeremy<br><br>Middle Name: L.<br><br>Last Name: Doyle<br><br>Suffix:<br><br>Law Firm Name: Reynolds Frizzell LLP<br><br>Address 1: 1100 Louisiana, Suite 3500<br><br>Address 2:<br><br>City: Houston<br><br>State: Texas   Zip+4: 77002<br><br>Telephone: 713-485-7200   ext.<br><br>Fax: 713-485-7250<br><br>Email: jdoyle@reynoldsfrizzell.com<br><br>SBN: 24012553 |
| I. Appellant | II. Appellant Attorney(s) |
| ☐ Person ☒ Organization (choose one)<br><br>Organization Name: Arnold & Itkin, L.L.P.<br><br>First Name:<br><br>Middle Name:<br><br>Last Name:<br><br>Suffix:<br><br>Pro Se: ◯ | ☐ Lead Attorney<br><br>First Name: James<br><br>Middle Name:<br><br>Last Name: Schuelke<br><br>Suffix:<br><br>Law Firm Name: Reynolds Frizzell LLP<br><br>Address 1: 1100 Louisiana, Suite 3500<br><br>Address 2:<br><br>City: Houston<br><br>State: Texas   Zip+4: 77002<br><br>Telephone: 713-485-7200   ext.<br><br>Fax: 713-485-7250<br><br>Email: jschuelke@reynoldsfrizzell.com<br><br>SBN: 24075037 |
| I. Appellant | II. Appellant Attorney(s) |
| ☒ Person ☐ Organization (choose one)<br><br>First Name: Kurt<br><br>Middle Name:<br><br>Last Name: Arnold<br><br>Suffix:<br><br>Pro Se: ◯ | ☒ Lead Attorney<br><br>First Name: Jeremy<br><br>Middle Name: L.<br><br>Last Name: Doyle<br><br>Suffix:<br><br>Law Firm Name: Reynolds Frizzell LLP<br><br>Address 1: 1100 Louisiana, Suite 3500<br><br>Address 2: |

| | City: Houston |
| --- | --- |
| | State: Texas  Zip+4: 77002 |
| | Telephone: 713-485-7200  ext. |
| | Fax: 713-485-7250 |
| | Email: jdoyle@reynoldsfrizzell.com |
| | SBN: 24012553 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: James |
| First Name: Kurt | Middle Name: |
| Middle Name: | Last Name: Schuelke |
| Last Name: Arnold | Suffix: |
| Suffix: | Law Firm Name: Reynolds Frizzell LLP |
| Pro Se: ◯ | Address 1: 1100 Louisiana, Suite 3500 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77002 |
| | Telephone: 713-485-7200  ext. |
| | Fax: 713-485-7250 |
| | Email: jschuelke@reynoldsfrizzell.com |
| | SBN: 24075037 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Jeremy |
| First Name: Cory | Middle Name: L. |
| Middle Name: | Last Name: Doyle |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Reynolds Frizzell LLP |
| Pro Se: ◯ | Address 1: 1100 Louisiana, Suite 3500 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77002 |
| | Telephone: 713-485-7200  ext. |
| | Fax: 713-485-7250 |
| | Email: jdoyle@reynoldsfrizzell.com |
| | SBN: 24012553 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: James |
| First Name: Cory | Middle Name: |
| Middle Name: | Last Name: Schuelke |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Reynolds Frizzell LLP |
| Pro Se: ◯ | Address 1: 1100 Louisiana, Suite 3500 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77002 |
| | Telephone:  ext. |
| | Fax: 713-485-7200 |
| | Email: 713-485-7250 |
| | SBN: 24075037 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Jeremy |
| First Name: Jason | Middle Name: L. |
| Middle Name: | Last Name: Doyle |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Reynolds Frizzell LLP |
| Pro Se: ◯ | Address 1: 1100 Louisiana, Suite 3500 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77002 |
| | Telephone: 713-485-7200  ext. |
| | Fax: 713-485-7250 |
| | Email: jdoyle@reynoldsfrizzell.com |
| | SBN: 24012553 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: James |
| First Name: Jason | Middle Name: |
| Middle Name: | Last Name: Schuelke |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Reynolds Frizzell LLP |
| Pro Se: ◯ | Address 1: 1100 Louisiana, Suite 3500 |
| | Address 2: |

| | City: Houston |
|---|---|
| | State: Texas  Zip+4: 77002 |
| | Telephone: 713-485-7200  ext. |
| | Fax: 713-485-7250 |
| | Email: jschuelke@reynoldsfrizzell.com |
| | SBN: 24075037 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Albritton Law Firm | First Name: Billy |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Shepherd |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Shepherd Prewett Miller PLLC |
| Pro Se: ◯ | Address 1: 770 South Post Oak Lane, Suite 420 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77056 |
| | Telephone: 713-955-4440  ext. |
| | Fax: 713-766-6542 |
| | Email: bshpeherd@spmlegal.com |
| | SBN: 18219700 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Albritton Law Firm | First Name: Allison |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Standish Miller |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Shepherd Prewett Miller PLLC |
| Pro Se: ◯ | Address 1: 770 South Post Oak Lane, Suite 420 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77056 |
| | Telephone: 713-955-4440  ext. |
| | Fax: 713-766-6542 |
| | Email: amiller@spmlegal.com |
| | SBN: 24046440 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

☒ Person  ☐ Organization  (choose one)

First Name:  Eric

Middle Name:

Last Name:  Albritton

Suffix:

Pro Se:  ◯

**II. Appellant Attorney(s)**

☒  Lead Attorney

First Name:  Billy

Middle Name:

Last Name:  Shepherd

Suffix:

Law Firm Name: Shepherd Prewett Miller PLLC

Address 1:  770 South Post Oak Lane, Suite 420

Address 2:

City:  Houston

State:  Texas          Zip+4:  77056

Telephone:  713-955-4440          ext.

Fax:  713-766-6542

Email:  bshpeherd@spmlegal.com

SBN:  18219700

---

**I. Appellant**

☒  Person  ☐ Organization  (choose one)

First Name:  Eric

Middle Name:

Last Name:  Albritton

Suffix:

Pro Se:  ◯

**II. Appellant Attorney(s)**

☐  Lead Attorney

First Name:  Allison

Middle Name:

Last Name:  Standish Miller

Suffix:

Law Firm Name: Shepherd Prewett Miller PLLC

Address 1:  770 South Post Oak Lane, Suite 420

Address 2:

City:  Houston

State:  Texas          Zip+4:  77056

Telephone:  713-955-4440          ext.

Fax:  713-766-6542

Email:  amiller@spmlegal.com

SBN:  24046440

---

**I. Appellant**

☐ Person  ☒ Organization  (choose one)

Organization Name:  Arnold & Itkin, L.L.P.

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se:  ◯

**II. Appellant Attorney(s)**

☐  Lead Attorney

First Name:  Sam

Middle Name:

Last Name:  Houston

Suffix:

Law Firm Name: Scott, Clawater & Houston L.L.P.

Address 1:  2777 Allen Parkway, 7th Floor

Address 2:

| | City: | Houston |
| --- | --- | --- |
| | State: Texas | Zip+4: 77019-2133 |
| | Telephone: 713-650-6600 | ext. |
| | Fax: 713-766-6542 | |
| | Email: shouston@sschlaw.com | |
| | SBN: 10059550 | |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Sam |
| First Name: Kurt | Middle Name: |
| Middle Name: | Last Name: Houston |
| Last Name: Arnold | Suffix: |
| Suffix: | Law Firm Name: Scott, Clawater & Houston L.L.P. |
| Pro Se: ○ | Address 1: 2777 Allen Parkway, 7th Floor |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77019-2133 |
| | Telephone: 713-650-6600 ext. |
| | Fax: 713-766-6542 |
| | Email: shouston@sschlaw.com |
| | SBN: 10059550 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Sam |
| First Name: Cory | Middle Name: |
| Middle Name: | Last Name: Houston |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Scott, Clawater & Houston L.L.P. |
| Pro Se: ○ | Address 1: 2777 Allen Parkway, 7th Floor |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77019-2133 |
| | Telephone: 713-650-6600 ext. |
| | Fax: 713-766-6542 |
| | Email: shouston@sschlaw.com |
| | SBN: 10059550 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Sam |
| First Name: Jason | Middle Name: |
| Middle Name: | Last Name: Houston |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Scott, Clawater & Houston L.L.P. |
| Pro Se: ○ | Address 1: 2777 Allen Parkway, 7th Floor |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77019-2133 |
| | Telephone: 713-650-6600  ext. |
| | Fax: 713-766-6542 |
| | Email: shouston@sschlaw.com |
| | SBN: 10059550 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Arnold & Itkin, L.L.P. | First Name: John |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Black |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Daly & Black, P.C. |
| Pro Se: ○ | Address 1: 2211 Norfolk, Suite 800 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77008 |
| | Telephone: 888-492-2671  ext. |
| | Fax: 713-655-1587 |
| | Email: jblack@dalyblack.com |
| | SBN: 24012292 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: John |
| First Name: Kurt | Middle Name: |
| Middle Name: | Last Name: Black |
| Last Name: Arnold | Suffix: |
| Suffix: | Law Firm Name: Daly & Black, P.C. |
| Pro Se: ○ | Address 1: 2211 Norfolk, Suite 800 |
| | Address 2: |

| | City: Houston |
| --- | --- |
| | State: Texas Zip+4: 77008 |
| | Telephone: 888-492-2671 ext. |
| | Fax: 713-655-1587 |
| | Email: jblack@dalyblack.com |
| | SBN: 24012292 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: John |
| First Name: Cory | Middle Name: |
| Middle Name: | Last Name: Black |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Daly & Black, P.C. |
| Pro Se: ○ | Address 1: 2211 Norfolk, Suite 800 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77008 |
| | Telephone: 888-492-2671 ext. |
| | Fax: 713-655-1587 |
| | Email: jblack@dalyblack.com |
| | SBN: 24012292 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: John |
| First Name: Jason | Middle Name: |
| Middle Name: | Last Name: Black |
| Last Name: Itkin | Suffix: |
| Suffix: | Law Firm Name: Daly & Black, P.C. |
| Pro Se: ○ | Address 1: 2211 Norfolk, Suite 800 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77008 |
| | Telephone: 888-492-2671 ext. |
| | Fax: 713-655-1587 |
| | Email: jblack@dalyblack.com |
| | SBN: 24012292 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
| --- | --- |
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: All Respondents (See Attachment A) | First Name: Lance |

| | |
|---|---|
| First Name: | Middle Name: Christopher |
| Middle Name: | Last Name: Kassab |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: The Kassab Law Firm |
| Pro Se: ◯ | Address 1: 1420 Alabama |
| | Address 2: |
| | City: Houston |
| | State: Texas        Zip+4: 77004 |
| | Telephone: 713-522-7400        ext. |
| | Fax: 713-522-7410 |
| | Email: lck@texaslegalmalpractice.com |
| | SBN: 00794070 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐   Lead Attorney |
| | First Name: David |
| First Name: All Respondents (See Attachment A) | Middle Name: Eric |
| Middle Name: | Last Name: Kassab |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: The Kassab Law Firm |
| Pro Se: ◯ | Address 1: 1420 Alabama |
| | Address 2: |
| | City: Houston |
| | State: Texas        Zip+4: 77004 |
| | Telephone: 713-522-7400        ext. |
| | Fax: 713-522-7410 |
| | Email: dek@texaslegalmalpractice.com |
| | SBN: 24071351 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐   Lead Attorney |
| | First Name: Brett |
| First Name: All Respondents  (See Attachment A) | Middle Name: |
| Middle Name: | Last Name: Wagner |
| Last Name: | Suffix: |

| | Law Firm Name: Doherty Wagner |
|---|---|
| Suffix: | Address 1: 13810 Champion Forest Drive, Suite 225 |
| Pro Se: ◯ | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77069 |
| | Telephone: 281-583-8700    ext. |
| | Fax: 281-583-8701 |
| | Email: brett@dwlawyers.com |
| | SBN: 20654270 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Larry |
| First Name: All Respondents  (See Attachment A) | Middle Name: Joe |
| Middle Name: | Last Name: Doherty |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Doherty Wagner |
| Pro Se: ◯ | Address 1: 13810 Champion Forest Drive, Suite 225 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77069 |
| | Telephone: 281-583-8700    ext. |
| | Fax: 281-583-8701 |
| | Email: larry@dwlawyers.com |
| | SBN: 05950000 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Ryan |
| First Name: All Respondents  (See Attachment A) | Middle Name: W. |
| Middle Name: | Last Name: Smith |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Doherty Wagner |
| Pro Se: ◯ | Address 1: 13810 Champion Forest Drive, Suite 225 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77069 |
| | Telephone: 281-583-8700    ext. |
| | Fax: 281-583-8701 |
| | Email: ryan@dwlawyers.com |
| | SBN: 24063010 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Professional Malpractice

Date order or judgment signed: November 9, 2015     Type of judgment: Interlocutory Order

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☒ Yes ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☒ Yes ☐ No

If yes, please specify statutory or other basis for such status:
Appealable under Tex. Civ. Prac. & Rem. Code §51.014(d) and Tex. R. Civ. P. 168.

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☐ Yes ☒ No

Judgment or order disposes of all parties and issues: ☐ Yes ☒ No

Appeal from final judgment: ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | If yes, date filed: |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☒ No | If yes, date filed: |
| Motion to Reinstate: | ☐ Yes ☒ No | If yes, date filed: |
| Motion under TRCP 306a: | ☐ Yes ☒ No | If yes, date filed: |
| Other: | ☐ Yes ☐ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court: ☐ Yes ☐ No     If yes, date filed:

Contest filed in trial court: ☐ Yes ☐ No     If yes, date filed:

Date ruling on contest due:

Ruling on contest: ☐ Sustained     ☐ Overruled     Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [blank]          Bankruptcy Case Number: [blank]

## IX. Trial Court And Record

Court:      11th Judicial District Court

County:  Harris County, Texas

**Trial Court Docket Number (Cause No.):**  2015-28543

Trial Judge (who tried or disposed of case):

First Name:      Michael

Middle Name:  D.

Last Name:      Miller

Suffix: [blank]

Address 1:          201 CAROLINE (Floor: 9)

Address 2 : [blank]

City:              Houston

State:  Texas                  Zip + 4:  77002

Telephone:    713-368-6020          ext. [blank]

Fax: [blank]

Email: [blank]

Clerk's Record:

Trial Court Clerk:      ☒ District   ☐ County

Was clerk's record requested?      ☐ Yes   ☒ No

If yes, date requested: [blank]

If no, date it will be requested: [blank]

Were payment arrangements made with clerk?

☐ Yes  ☒ No  ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?          ☒ Yes  ☐ No

Was reporter's record requested?      ☐ Yes ☒ No

Was there a reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: [blank]

If no, date it will be requested: [blank]

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☒ No ☐ Indigent

☒ Court Reporter     ☐ Court Recorder
☒ Official       ☐ Substitute

First Name:    Terri

Middle Name:   Anderson

Last Name:

Suffix:

Address 1:    201 CAROLINE (Floor: 9)

Address 2:

City:     Houston

State:   Texas      Zip + 4: 77002

Telephone:   713-368-6020    ext.

Fax:

Email:

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No    If yes, date filed:

Will file: ☐ Yes ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?    ☐ Yes ☒ No

If no, please specify: Mediation not appropriate for this proceeding.

Has the case been through an ADR procedure?   ☐ Yes   ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?   ☐ Pre-Trial   ☐ Post-Trial   ☐ Other

If other, please specify:

Type of case?   Professional Malpractice

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

The issue is whether this case is ripe for adjudication. De novo review applies.

How was the case disposed of?   Other

Summary of relief granted, including amount of money judgment, and if any, damages awarded. None.

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial): [REDACTED]

Attorney's fees (appellate): [REDACTED]

Other: [REDACTED]

If other, please specify: [REDACTED]

---

Will you challenge this Court's jurisdiction?  ☐ Yes  ☒ No

Does judgment have language that one or more parties "take nothing"?  ☐ Yes  ☒ No

Does judgment have a Mother Hubbard clause?  ☐ Yes  ☒ No

Other basis for finality?  Not final.

Rate the complexity of the case (use 1 for least and 5 for most complex):  ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5

Please make my answer to the preceding questions known to other parties in this case.  ☐ Yes  ☒ No

Can the parties agree on an appellate mediator?  ☐ Yes  ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|  |  |  |  |  |

Languages other than English in which the mediator should be proficient: [REDACTED]

Name of person filing out mediation section of docketing statement:  Reagan W. Simpson

## XIII.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [REDACTED]          Trial Court: [REDACTED]

Style: [REDACTED]

Vs. [REDACTED]

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes  ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes  ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes  ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?  ☐ Yes  ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

_____

Signature of counsel (or pro se party)                Date:        November 24, 2015

Printed Name: Reagan W. Simpson                State Bar No.:  18404700

Electronic Signature: /s/Reagan W. Simpson
    (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  November 24, 2015  .

_____

Signature of counsel (or pro se party)                    Electronic Signature: /s/Reagan W. Simpson

(Optional)

State Bar No.:    18404700

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:       November 24, 2015

Manner Served: Email

First Name:        Jeremy

Middle Name:

Last Name:         Doyle

Suffix:

Law Firm Name: Reynolds Frizzell LLP

Address 1:         1100 Louisiana, Suite 3500

Address 2:

City:              Houston

State    Texas                    Zip+4:    77002

Telephone:      713-485-7200      ext.

Fax:      713-485-7250

Email:     jdoyle@reynoldsfrizzell.com

If Attorney, Representing Party's Name:  Petitioners Arnold & Itkin, L.L.P., et al.

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: James

Middle Name:

Last Name: Schuelke

Suffix:

Law Firm Name: Reynolds Frizzell LLP

Address 1: 1100 Louisiana, Suite 3500

Address 2:

City: Houston

State Texas          Zip+4: 77002

Telephone: 713-485-7200     ext.

Fax: 713-485-7250

Email: jschuelke@reynoldsfrizzell.com

If Attorney, Representing Party's Name: Petitioners Arnold & Itkin, L.L.P. et al.

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: Billy

Middle Name:

Last Name: Shepherd

Suffix:

Law Firm Name: Shepherd Prewett Miller PLLC

Address 1: 770 South Post Oak Lane, Suite 420

Address 2:

City: Houston

State Texas          Zip+4: 77056

Telephone: 713-955-4440     ext.

Fax: 713-766-6542

Email: bshpeherd@spmlegal.com

If Attorney, Representing Party's Name: Petrs Albritton Law Firm and Eric Albritton

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: Allison

Middle Name: Standish

Last Name: Miller

Suffix:

Law Firm Name: Shepherd Prewett Miller PLLC

Address 1: 770 South Post Oak Lane, Suite 420

Address 2:

City: Houston

State Texas          Zip+4: 77056

Telephone: 713-955-4440     ext.

Fax: 713-766-6542

Email: amiller@spmlegal.com

If Attorney, Representing Party's Name: Petrs Albritton Law Firm and Eric Albritton

Please enter the following for each person served:

---

Date Served: November 24, 2015

Manner Served: Email

First Name: Sam

Middle Name:

Last Name: Houston

Suffix:

Law Firm Name: Scott, Clawater & Houston L.L.P.

Address 1: 2777 Allen Parkway, 7th Floor

Address 2:

City: Houston

State Texas          Zip+4: 77019-2133

Telephone: 713-650-6600     ext.

Fax: 713-766-6542

Email: shouston@sschlaw.com

If Attorney, Representing Party's Name: Petitioners Arnold & Itkin, L.L.P. et al.

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: John

Middle Name:

Last Name: Black

Suffix:

Law Firm Name: Daly & Black, P.C.

Address 1: 2211 Norfolk, Suite 800

Address 2:

City: Houston

State Texas          Zip+4: 77008

Telephone: 888-492-2671          ext.

Fax: 713-655-1587

Email: 713-655-1587

If Attorney, Representing Party's Name: Petitioners Arnold & Itkin, L.L.P. et al.

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: Lance

Middle Name: Christopher

Last Name: Kassab

Suffix:

Law Firm Name: The Kassab Law Firm

Address 1: 1420 Alabama

Address 2:

City: Houston

State Texas          Zip+4: 77004

Telephone: 713-522-7400          ext.

Fax: 713-522-7410

Email: lck@texaslegalmalpractice.com

If Attorney, Representing Party's Name: All Respondents

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: David

Middle Name: Eric

Last Name: Kassab

Suffix:

Law Firm Name: The Kassab Law Firm

Address 1: 1420 Alabama

Address 2:

City: Houston

State Texas          Zip+4: 77004

Telephone: 713-522-7400     ext.

Fax: 713-522-7410

Email: dek@texaslegalmalpractice.com

If Attorney, Representing Party's Name: All Respondents

Please enter the following for each person served:

---

Date Served: November 24, 2015

Manner Served: Email

First Name: Brett

Middle Name:

Last Name: Wagner

Suffix:

Law Firm Name: Doherty Wagner

Address 1: 13810 Champion Forest Drive, Suite 225

Address 2:

City: Houston

State Texas          Zip+4: 77069

Telephone: 281-583-8700     ext.

Fax: 281-583-8701

Email: brett@dwlawyers.com

If Attorney, Representing Party's Name: All Respondents

Please enter the following for each person served:

Date Served: November 24, 2015

Manner Served: Email

First Name: Larry

Middle Name: Joe

Last Name: Doherty

Suffix:

Law Firm Name: Doherty Wagner

Address 1: 13810 Champion Forest Drive, Suite 225

Address 2:

City: Houston

State Texas Zip+4: 77069

Telephone: 281-583-8700 ext.

Fax: 281-583-8701

Email: larry@dwlawyers.com

If Attorney, Representing Party's Name: All Respondents

Please enter the following for each person served:

---

Date Served: November 24, 2015

Manner Served: Email

First Name: Ryan

Middle Name: W.

Last Name: Smith

Suffix:

Law Firm Name: Doherty Wagner

Address 1: 13810 Champion Forest Drive, Suite 225

Address 2:

City: Houston

State Texas Zip+4: 77069

Telephone: 281-583-8700 ext.

Fax: 281-583-8701

Email: ryan@dwlawyers.com

If Attorney, Representing Party's Name: All Respondents

**Attachment A**
**List of Respondents**


**Counsel for Plaintiffs-Respondents**

Lance Christopher Kassab
David Eric Kassab
The Kassab Law Firm
1420 Alabama
Houston, Texas 77004
*Counsel for Plaintiffs-Respondents*

Brett Wagner
Larry Joe Doherty
Ryan W. Smith
Doherty ✶ Wagner
13810 Champion Forest Drive
Suite 225
Houston, Texas 77069
*Counsel for Plaintiffs-Respondents*


**Plaintiffs-Respondents include the following:**

1. Maria Santos Lopez Dominguez, Individually and as Next Friend of Karen Marien Andrade Lopez;

2. Mairet Sameli Andrade Lopez and Imar Gerardine Andrade Lopez on Behalf of the Estate of Omar Gerardo Andrade Zarate;

3. Gabriel Gonzalez Toral;

4. Jorge Arturo Jimenez Rangel;

5. Antonio Montero Hernandez;

6. Juan Antonio Palafox Navarrete;

7. Leonel Fernandez Rivera;

8. Fernando Augusto Cervera Ramirez;

9. Libia Arredondo Chavez, individually and as Next Friend of Jorge Ricardo Barrancos Arredondo;

10. Pedro Santiago Barrancos Arredondo, on behalf of the Estate of Jorge Alonso Barrancos Dzul;

11. Pastor Garcia Ocana;

12. Jorge Guzman Martinez;

13. Aldo Antonio Lopez Lorenzo;

14. Monica Lopez;

15. Miguel Cobos Salas;

16. Jose Pedro Cobos Quiroz;

17. Oscar Romero Ortega;

18. Sergio Rosado Cortes;

19. Sergio Solis Ponce;

20. Martin Zuñiga Salazar;

21. Josefa Santos Castellano, Individually and as Representative of the Estate of Benito De Los Santos;

22. Joel Santos Ventura, Individually and as Representative of the Estate of Benito De Los Santos;

23. Aleli Jiminez Perez, Individually and as Representative of the Estate of Aroer May Jimenez;

24. Tayde Maria Pozo Roble, Individually and as Representative of the Estate of Leandro Manuel Hernandez Pozo;

25. Miguel Hernandez Chan, Individually and as Representative of the Estate of Leandro Manuel Pozo; and

26. Eudocio Alejandro Jacome Gomez